Name Mitchell Taylor Button and
Bar #
Firm Pro se
Address 101 Ocean Sands Ct
Myrtle Beach, SC
29579
Telephone 843-360-7072

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Mitchell Taylor Button and Dusty Buttor

Plaintiff,

vs.

Nick Kingsley

Defendant.

**Case No.** 2:25-cv-02619-SMB

Diversity **Disclosure Statement**

This Diversity Disclosure Statement is filed on behalf of Mitchell and Dusty Button Plaintiffs in compliance with the provisions of (*check one*):

☐ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☑ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

____________________ Relationship____________________

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

____________________ Relationship____________________

☐ Other(please explain):

________________________________________

________________________________________

☐ Diversity case. (Attach additional pages if needed.)

| Party name and Party Role: | State: |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 14th 17th_day of December, 2025.

____________________________
Counsel of Record

Certificate of Service:

We hereby certify that this document was filed electronically through ECF District of Arizona on December 14th, 2025 and emailed to all parties registered with ECF.