**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Mitchell Taylor Button, et al.,

Plaintiffs,

v.

Nick Kingsley,

Defendant.

No. CV-25-02619-PHX-SMB

**ORDER**

Before the Court is Plaintiffs' Motion for Alternative Service (Doc. 19).

Having considered the Motion and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion is GRANTED.

Pursuant to Fed. R. Civ. P. 4(e)(1) and Ariz. R. Civ. P. 4.1(k), the Court finds that personal service on Defendant Nick Kingsley is impracticable and that the methods proposed by Plaintiffs are reasonably calculated to provide notice consistent with due process.

**IT IS FURTHER ORDERED** that Plaintiffs are authorized to serve Defendant Nick Kingsley by the following alternative means:

1. By email to Defendant's verified address: nickkingsley99@gmail.com; and
2. By direct message to Defendant's public and secondary Instagram accounts identified as @k1ngs|3y_ and any related account publicly operated by him @letsdrivekind.

**IT IS FURTHER** ordered that Plaintiffs must include a copy of this order in each method of service

**IT IS FURTHER ORDERED** extending the deadline for accomplishing service to **January 13, 2026**.

**IT IS FURTHER ORDERED** that service shall be deemed effective upon completion of either method.

**IT IS FURTHER ORDERED** that Defendant shall have 21 days from the date of effective service to file an answer or otherwise respond to the Complaint under Federal Rule of Civil Procedure 12(a).

Dated this 7th day of January, 2026.

Honorable Susan M. Brnovich
United States District Judge