# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mitchell Taylor Button, et al., | No. CV-25-02619-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Nick Kingsley, | |
| Defendant. | |

Before the Court is Plaintiffs' Motion for Clarification and/or Reconsideration of the Court's Order Granting Defendant an Extension of Time to File an Answer (Doc. 30). Plaintiffs seek clarification as to whether the Entry of Default entered on February 2, 2026 was set aside by the Court's order granting Plaintiff an extension of time to answer. The answer was that it was not. Therefore,

**IT IS ORDERED** granting Plaintiffs' Motion for Clarification (Doc. 30) to clarify that the Entry of Default entered on February 2, 2026 (Doc. 26) remains in effect.

Dated this 13th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge