# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mitchell Taylor Button, et al., | No. CV-25-02619-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Nick Kingsley, | |
| Defendant. | |

This Court having considered Defendants' Motion to Set Aside Default (Doc. 37) the response, and reply,

**IT IS HEREBY ORDERED** granting the Motion to Set Aside the Default (Doc. 37) entered against Defendant Nick Kingsley.

**IT IS FURTHER ORDERED** setting aside the default against Defendant Nick Kingsley. Nick Kingsley will have twenty (20) days from the date of this Order to plead or otherwise defend against the allegations of Plaintiffs' complaint.

**IT IS FURTHER ORDERED** denying Plaintiffs' Motion for Default Judgment (Doc. 36).

Dated this 29th day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge